AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

UNITED STATES DISTRICT COURT
Page 1 of 1 (Rev. 03/19) for Public Disclosure
SOUTHERN DISTRICT OF MISSISSIPPI

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

**F I L E D**

Jun 09 2025

**ARTHUR JOHNSTON, CLERK**

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| ENRIQUE RODRIGUEZ | ) |
|  | ) Case No: 1:17cr54HSO-RPM-003 |
|  | ) USM No: 15203-104 |
| Date of Original Judgment: 02/27/2019 | ) |
| Date of Previous Amended Judgment: | ) Abby Brumley Edwards |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/27/2019 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/09/2025

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable Halil S. Ozerden, Chief U.S. District Judge
*Printed name and title*